UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. WALKER,<br><br>  Plaintiff,<br><br>  v.<br><br>SALINAS VALLEY PRISON, et al.,<br><br>  Defendants. | No. 1:20-cv-00546-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE FEDERAL CLAIM<br><br>(Doc. No. 12) |

Plaintiff Kevin D. Walker is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice due to plaintiff's failure to state a cognizable claim under federal law. (Doc. No. 12.) The magistrate judge found that the court lacks subject-matter jurisdiction over plaintiff's remaining state-law claims, and that plaintiff's complaint cannot be cured by amendment. (*Id.* at 7 (citing *Akhtar v. Mesa*, 698 F.3d 1202, 1212-13 (9th Cir. 2012); *Frigard v. United States*, 862 F.2d 201, 204 (9th Cir. 1988).) The findings and recommendations were served on plaintiff and provided notice that objections thereto may be filed within 21 days. (*Id.* at 6.) Plaintiff has not filed any objections and the time to do so has passed.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 5, 2020 (Doc. No. 12) are adopted in full;
2. This action is dismissed without prejudice for failure to state a cognizable federal claim; and,
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:   **September 22, 2020**                    /s/ Dale A. Drozd
                                                   UNITED STATES DISTRICT JUDGE